<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6714**

———————

CHARLES M. CASSELL, III,

Plaintiff - Appellant,

and

THOMAS J. SHIELDS,

Plaintiff,

versus

SARGEANT NORRIS; LIEUTENANT ONEAL; CAPTAIN
WHELMAN; NURSE HART,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-943-5-H)

———————

Submitted: November 7, 2003        Decided: December 23, 2003

———————

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles M. Cassell, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles M. Cassell, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cassell v. Sargeant Norris, No. CA-02-943-5-H (E.D.N.C. filed Apr. 18, 2003 & entered Apr. 21, 2003). We also deny all of Cassell's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED